IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 4:18-cr-36 |
| v. | ) |
| | ) |
| STEVIE JERMAINE JOHNSON, JR. | ) |
| | ) By: Michael F. Urbanski |
| Defendant. | ) United States District Judge |
| | ) |

## ORDER

This matter is before the court on Defendant's plea of guilty, entered on December 7, 2018 to Count 1 of the information filed in this case. ECF No. 1. For the reasons stated on the record, the guilty plea and plea agreement are hereby **TAKEN UNDER ADVISEMENT** for 30 days. If no motion to withdraw the guilty plea is filed within 30 days, the court will accept the guilty plea and plea agreement and order a presentence report.

It is **SO ORDERED**.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered: 12-12-18

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge